

October 16, 2023

*Via CM/ECF*:
The Honorable John W. deGravelles
777 Florida Street, Suite 355
Baton Rouge, LA 70801

    RE:    **Notice of Settlement**
              *Pauline Robertson v. State Farm Fire and Casualty Company*
              MDLA 3:22-CV-00369-JWD-SDJ
              Our File:  743.0016

Dear Judge deGravelles:

    Please be advised that we have reached a settlement agreement in the above-captioned matter. We are notifying your honor, so that the Court can implement the 60-day Order of Dismissal. We are completing all final paperwork and waiting on settlement funds. As always, we thank the Court for its courtesies throughout.

    If either you or your staff need anything further, please do not hesitate to contact us.

                                                      Sincerely,

                                                      Patrick D. DeRouen