# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**PAULINE ROBERTSON**

**VERSUS**

**STATE FARM FIRE & CASUALTY CO.**

**CIVIL ACTION**

**No. 22-369-SDJ**

---

## JUDGMENT

Considering the parties joint Stipulation of Dismissal (R. Doc. 18), in which the parties stipulate per Federal Rule of Civil Procedure 41(a)(1)(ii) that this action should be dismissed with prejudice,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Signed in Baton Rouge, Louisiana, on June 3, 2024.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**